# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONELLO BOLDRINI,<br>Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 3:18-CV-1360 |
| JOSEPH P. GIOVANNINI, *et al.*,<br>Defendants. | : | |

## ORDER

AND NOW, this 7th day of February, 2019, upon consideration of *pro se* Plaintiff Antonello Boldrini's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2), Complaint (ECF No. 1), Appendices (ECF Nos. 4-14), "Emergency Request for Issuing of Summons" (ECF No. 15), and Emergency Motion for Service Pursuant to 4(c)(3) and for Extension of Time to Serve Initial Complaint (ECF No. 16), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Court **DEEMS** the operative pleading to consist of Boldrini's Complaint and Appendices.

3. The Complaint is **DISMISSED without prejudice** for failure to comply with Rule 8 of the Federal Rules of Civil Procedure and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

4. Boldrini is given leave to file an amended complaint within thirty (30) days of the date of this Order. If Boldrini chooses to file an amended complaint, he shall identify all of the defendants in the caption of the amended complaint and clearly state the basis for his claims against each defendant. Boldrini's amended complaint shall include all of the claims that he seeks to pursue in this action without relying on or referring to other pleadings or exhibits filed

in this case. The amended complaint should consist of one document. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

5. Boldrini's "Emergency Request for Issuing of Summons" (ECF No. 15) and Emergency Motion for Service Pursuant to 4(c)(3) and for Extension of Time to Serve Initial Complaint (ECF No. 16) are **DENIED** at this time.

6. If Boldrini fails to file an amended complaint, this action may be dismissed without prejudice for failure to prosecute without further notice.

**BY THE COURT:**

_____
JUAN R. SÁNCHEZ, J.